# United States District Court
## CENTRAL DISTRICT OF ILLINOIS



FILED
JUN 17 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Donna Louise DuPree,
R35751 )
Plaintiff )
)
vs. )
)
Waexford )
Illinois Department )
of Correction )

Case No. _____
(The case number will be assigned by the clerk)

Defendant(s)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Donna Louise DuPree R35751

   Prison Identification Number: R35751

   Current address: 2310 E Mound Rd Decatur IL 62524

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Waxford medical

   Current Job Title: medical Department

   Current Work Address: 2310 E mound Rd Decatur IL 62524

   Defendant #2:

   Full Name: Illinois Department of Correction

   Current Job Title: prison

   Current Work Address: 2310 E mound Rd Decatur, IL 62524

   Defendant #3:

   Full Name: _____

   Current Job Title: _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PROFILE INFORMATION FORM

Please complete and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the prisoner correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name:

   Doma (First)   Louise (Middle)   DuPree (Last)

   List alias names, if any: Schubbe, Dennis, Heath, Freeman,

2. List any current/prior prison identification number(s): R35751

   Name of prison(s): _____

3. Jail identification number(s): 53782.-

   Name of jail(s): Kane Co, Dupage Co, Cook Co, McHenry Co,

4. Date of birth: March, 3, 1962

5. Home address (Do not use P.O. box or the institution address):

   Street number and name: 222 Locust St Apt 803

   City, State and Zip Code: Elgin IL 60123

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? __1__  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   Dupree v Locke # 17 cv 1104

2. Basic claim made  Alleger Strip Seach

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Settement asReement

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☒  still going on

### V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

Date(s) of the occurrence April 2019 TO May 2021

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I came INTO Logan Correction Center iN June 20 2019 from Kane Jail AND IDOC was aware of my medical condition. I was then Transfored, To Decator Correction Center on Aug 23, 2019 my care was decent at first, I had seen a nurse at nurse sickcall several Times to get in to see Dr Duncan. You have to go 3 times in order to get in to see the Doctor. As of 1-21-2020 to 2-17-2020, I had went 10 Times, Then i had an App with The OBGYN Dr. Morisetty on 1-19-2020 he had told me what I allready knew, About my Cystocele, Rectocele, Uterine prolapse, Enterocele, so i had allready knew, what my Conditions were but my question to Dr morisetty "was" Now what will be done? He had sent me out to see a specialest at SIU, uro Gyn, so i get the final report. as time went on, i was still in alot of pain defecating and urinating on myself and each day i had to struggle. To get extra, Pads and T-P. So back on 2-20-20 I had to see The Dr Duncan and i had asked him to get a order for extra pads and T-P on 5-11-20 Till 5-11-2021 So i had To write to the Warden Gray to get extra, and Told the Warden i have so many issues with the Correction office To se extra and always had a smart remark "Like Dame you Shit that much" or "why do you Need so much" or what the Fuck

#2

DuPree Why"? so it was just to much being put down as a real person and as an Inmate dealing with disrespetful and unprofessinal Correction officer. I had a room with 4 Ladys when I got here and had a accadent in the middle of the night, and was told to sleep in my mess and Told <u>no</u> To take a Shower, and to just clean my self. an that was on 8-2020. Time went on, I just had to deal with all the Critism & Humillation it was so cruel the way they had teased me and made fun of me. so as time went on I had that appointment with the specialest Dr SIDDIQUE on Aug 20-2020 at 1pm his findings were — Recommended — Pelvic floor Physical Therapy To work with Correctional Center Decatur. Discussed treatment options: observation, Pessary, surgery. Surgery would include Hysterectomy, BSO, and suspension, procedure. Gave me hand outs, So the Correctional Center frist, and Then recommend referral to gastroenterology for evalvation. Due To my Condition getting Worse, I had seen Dr Morisetty again, on march 5th 2020 and he has Discused the final report and told me "I don't Think IDOC will PAY for your surgery" "It would cost To much" I Told him I'm an IDOC inmate and they have to do my surgery" I'm their Property, he said, we will see. The prison went on medical lockdown due to the pandemic on March 26-2020. I just have been getting So Bad, in Pain on a Daily Bases. I was given IBF-#800—TramaDal #50 3xaday—Tylenol 325 as needed. and Gabapentin 600mg 3xaday, I also have had Two BACK Surgery my Ⓡ hip, neck metal plate and my Ⓡ shoulder. and this is from my sclerosis, arthritis, bursitis, osteoporosis — Bone mineral and has nothing to do with my new medical issues. so as time on LockDown, still had to go to nurse sick call and still nothing Due.

6

#3

The virus all outside was shut down so i can't get nothing done even my surgery, on May 2,2020, I had moved over to G Unit to be in a shower room, seen Dr Morisatty on May 21, 2020 and still nothing done, or will be, so i had my room mate call the correction officer because my rectum would not go back in, and I was in a lot of pain, It felt like i was in Lador, on June 03rd 2020 it was a Code 3 on G unit with me, so i had to stay in Healthcare unit for 4 days so they can take notes on my rectocele, to see what was going on, I Left Healthcare unit on June 6, 2020 went back to my unit, I had wrote to so many legal places, try to get my rights, and what i can do, Went back on Lock Down, July 9th 2020 came off Lock Down on July 20, 2020, I have been going so much, and I'm the one getting, so criticized, and made fun of and in so much pain and discomfort, I had wrote so many Grievance 3/27/2020 / 4-2-2020 / 7-8-2020 / 5-19-2020 I had lost

Date _____    Signature _____

#4

So much weight "10 2 lbs". within 10 mos. My Eating habits, were straned due to my bowel movements. I just want, to Isolate my self from others so i don't get laugh at and made fun of even The Correction offices, The staff in Healthcare are aware of my condition, mrs. Yarbio, mrs. Smith, mrs. Ots, and mrs. Chris, I was writing to the Administration mrs Lori Smalley.

Contine on next page please

Date _____   Signature _____

#5

The Heathcare administration. I had so many Talks and letters sent to her and she only can do so much, but still helped me out when she could, C/O hane on Gwing in April 2020 was a Big help and was aware of my medical Issues C/O Stone ~correction officer~ blood saw - CO. Ms Roscuto Look me on my medical writ and Back in Feb 2021 and ask Dr. Siddique if I can get a order for depends, and I just got them at the end of march 19 2021. 1½ years Back on Bwing Lt sree was aware, Lt Clark ms. sargt Willams was the best, That I had spoke with ms Jones in family services. I had the most Inadequate treatment ever in IDOC, In the mean Time, with all the delay with this Pandemic my Heath Issues have gotten so bad, I have no control over my bowels, I can't feel any thing come out, I go thrash on my worse days 3 rolls of T-P and 32 pads, and i have to always wear pads due to no control, and defacate on myself, so with my confinement here in IDOC. the abusive conditions it Violates all my rights as a real person. The 14th Amendment Right as a person its cruel, I'm so sick of not getting the care I needed as a human and with this virus. Its my right to get the care I need.

## RELIEF REQUESTED

(State what relief you want from the court.)

9

JURY DEMAND       Yes ☐       No ☑

Signed this __10__ day of __June__, 20__21__.

_Donna DuPree_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Donna DuPree | R35751 |
| Address: | Telephone Number: |
| Po Box 3066 Decatur IL 62524 | N/A |

10

IN THE
<u>United States District Court</u>
<u>Central District of Illinois</u>

<u>Dupree, Donna</u> )
Plaintiff/Petitioner )
)
)
Vs. )           No. _____
)
<u>Wexford, Illinois Dept.</u> )
Defendant/Respondent <u>of Corr.</u> )

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Clerk, U.S. District Court</u>   TO: _____
<u>Room 218</u>
<u>Urbana IL 61802</u>

PLEASE TAKE NOTICE that at: <u>3</u> AM/**PM** <u>June 10</u>, 20<u>21</u>, I placed the documents listed below in the institutional mail at <u>Decatur</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. <u>Complaint, Application to proceed without prepaying fees, motion for atty. representation.</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: <u>6/10/21</u>

/s/ <u>Donna Dupree</u>
Name: <u>Donna Dupree</u>
IDOC No. <u>R35751</u>
<u>Decatur</u> Correctional Ctr.
POB <u>3066</u>
<u>Decatur</u>, IL <u>62524</u>

OFFICIAL SEAL
DEBBIE ROSS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-02-2023

Revised 4/15/16